IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>RICARDO PEACOCK<br><br>                Defendant. | 8:18CR218<br><br>ORDER |

      This matter is before the court on the defendant's Unopposed Motion to Continue Trial [21]. Counsel is seeking additional time to finalize their investigation and in the alternative, resolve this matter short of trial. Accordingly,

      **IT IS ORDERED** that the defendant's Unopposed Motion to Continue Trial [21] is granted as follows:

      1. The jury trial, now set for January 8, 2019, is continued to **March 12, 2019.**

      2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 12, 2019,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 3rd day of January 2019.

                                        BY THE COURT:

                                        s/Susan M. Bazis
                                        United States Magistrate Judge